ANNE DIGNAM, Respondent, *v.* GREAT ATLANTIC AND PACIFIC TEA COMPANY et al., Appellants.

Submitted April 7, 1947; decided April 15, 1947.

*Leon Wagman* for motion.
*Murray C. Spett* and *Abraham Shapiro* opposed.

Motion denied, with $10 costs.